**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 15, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00219-CV

### IN RE JANOS FARKAS, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
61st District Court
Harris County, Texas
Trial Court Cause No. 2014-00421

## MEMORANDUM OPINION

On March 17, 2014, relator Janos Farkas filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Alfred H. Bennett, presiding judge of the 61st District Court of Harris County, to set aside his February 10, 2014 order denying relator's verified petition to take pre-suit depositions pursuant to Rule 202 of the Texas Rules of Civil Procedure. *See* Tex. R. Civ. P. 202.

Relator has not shown his entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.